# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| Cordero H. Romer, ) | |
| ) | |
| Plaintiff, ) | Civil Action File No.: |
| ) | 1:23-cv-05996-ELR-JKL |
| v. ) | |
| ) | |
| Green Dot Corporation, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff, Cordero H. Romer, by and through undersigned counsel, hereby dismisses this action against Defendant, Green Dot Corporation, **with prejudice** pursuant to FED. R. CIV. P. 41(a)(1)(A)(i).

Respectfully submitted this 4th day of March, 2024.

                                                            **BERRY & ASSOCIATES**

                                                            */s/ Matthew T. Berry*
                                                            Matthew T. Berry
                                                           Georgia Bar No.: 055663
                                                           matt@mattberry.com
                                                           Telephone: (404) 235-3334
                                                           2751 Buford Highway, Suite 600
                                                           Atlanta, GA 30324

*/s/ Chris Armor*
Christopher N. Armor
Georgia Bar No.: 614061
P.O. Box 509
Londonderry, Vermont 05148
Ph. (651) 208-6441
Chris.armor@armorlaw.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on March 4, 2024, I caused the electronic filing of the foregoing document to be filed with the Clerk of the Court using the CM/ECF system, which will automatically send e-mail notifications of such filing to all attorneys of record that have appeared in this case. I also served a copy of the foregoing document on Green Dot Corporation, with adequate postage affixed thereto and addressed as follows:

Rachel R. Friedman<br>
Burr & Forman LLP<br>
171 Seventeenth Street, NW, Suite 1100<br>
Atlanta, GA 30363

**BERRY & ASSOCIATES**

*/s/ Matthew Berry*
Matthew Berry
Georgia Bar No.: 055663
2751 Buford Highway, Suite 600
Atlanta, GA 30324

*/s/ Chris Armor*
Christopher N. Armor
Georgia Bar No.: 614061
P.O. Box 509
Londonderry, Vermont 05148
Ph. (651) 208-6441
Chris.armor@armorlaw.com

*Counsel for Plaintiff*